Tyler J. Jensen (#9913)
Chase A. Adams (#15080)
LeBaron & Jensen, P.C.
476 W Heritage Park Blvd, Ste. 230
Layton, UT 84041
Telephone: 801-773-9488
Facsimile: 801-773-9489
Email: chase@lebaronjensen.com

Attorneys for HLS of Nevada, LLC

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH NORTHERN DIVISION

| In re:<br><br>Thane and Stephanie Brereton, | Bankruptcy No. 17-30714<br><br>Chapter 13<br><br>Filed Electronically |
|---|---|

**OBJECTION TO DEBTORS CHAPTER 13 PLAN FILED OCTOBER 27, 2016**

HLS of Nevada, LLC ("HLS"), by and through the undersigned counsel, LeBaron and Jensen, P.C., hereby objects to the Debtors Chapter 13 Plan dated December 14, 2017, upon the following grounds and for the following reasons:

1. HLS, is a perfected, secured creditor, having a lien on a 2004 Ford F-250, VIN#1FTNW21P54EA14559. Pursuant to a Retail Installment Contract and Security Agreement ("Note") between HLS and the Debtors dated April 7, 2015, a copy of the note and title are attached hereto and incorporated herein as Exhibit "A". The outstanding obligation owed to HLS, Inc. is $16,432.50, together with interest at the contract rate of 24.00 % percent, costs and attorney fees as provided for in the Note.

2. HLS intends to hold Debtors and Debtors' estate liable for the value, together with interest,

1

costs and fees as per the contract, if applicable, and accordingly makes demand upon the Debtors' estate for $15,312.00, plus interest, costs and fees.

3. HLS does not accept Debtors' Chapter 13 Plan dated December 14, 2017.

4. Debtors' Chapter 13 Plan does not propose to surrender the 2004 Ford F-250, VIN#1FTNW21P54EA14559. The value of property to be distributed under debtor's proposed plan to HLS is less than the allowed amount of HLS's claim.

5. Debtors' claim the value of the Collateral to be $5,000.00.

6. The Actual Value of the Collateral is $15,312.00. See Ex. A, NADA.

7. The collateral securing the debt is depreciating. HLS is entitled to equally monthly payments throughout the duration of the proposed plan of at least $300.00

8. Debtors' Plan proposes to pay interest of 5.00 percent on the secured portion. HLS objects to this interest rate as the current *Till* rate is 6.5 percent. Debtor's Plan should pay HLS its secured claim at the contract rate.

9. To the extent Debtors allege the Collateral is worth less than HLS states in paragraph 6, HLS requests the Debtors produce an appraisal.

10. To the extent Debtors allege the collateral is damaged or in need of repair, HLS requests that the debtors produce a copy of any invoices, estimates of repair, accident or claims reports, or other documents evidencing the damage or repair.

WHEREFORE, HLS objects to Debtors' Plan, and requests that confirmation be denied unless the Debtors' pay $15,312.00 as the secured portion of HLS's claim, together with interest at 6.5 percent, costs and attorney fees as provided by contract and production of the requested documents and collateral as set forth herein.

DATED January 17, 2018.

2

                              **LeBaron & Jensen, P.C.**

                              <u>s/ Chase A. Adams</u>
                              **Attorney for HLS**

<u>CERTIFICATE OF SERVICE</u>

I, Chase A. Adams, attorney for HSL, hereby certify that on January 17, 2018, I served a copy of the foregoing **OBJECTION TO DEBTORS CHAPTER 13 PLAN DATED December 14, 2017** upon the following by first class mail, postage prepaid; or by filing this pleading electronically as an ECF registered attorney of the United States District Court, I caused the same to be served via ECF.

Thane and Stephanie Brereton (Via U.S. Mail)
5265 West Holder Dr.
Salt Lake City, UT 84120

Justin Myers (Via ECF)
Justin M. Myers
Attorney-at-law, LLC
1122 W South Jordan Pkwy
Ste. A
South Jordan, UT 84095

Lon A. Jenkins (Via ECF) Chapter 13 Trustee
405 South Main Street
Suite #600
Salt Lake City, UT 84111

                              *Is/* Linda Howell

3

# EXHIBIT A

NADAguides Value Report 1/12/2018

## 2004 Ford Super Duty F-250

Crew Cab XLT 4WD

## Values

|  | **Rough Trade-In** | **Average Trade-In** | **Clean Trade-In** | **Clean Retail** |
|---|---|---|---|---|
| Base Price | $6,075 | $7,300 | $8,325 | $11,150 |
| Mileage (0) | $4,162 | $4,162 | $4,162 | $4,162 |
| Total Base Price | $10,237 | $11,462 | $12,487 | $15,312 |
| **Options** (change) | | | | |
| **Price + Options** | **$10,237** | **$11,462** | **$12,487** | **$15,312** |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© 2018, J.D. Power. All rights reserved.