Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
 Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| **IN RE:** | **CASE: 17-30714** |
| THANE JOSEPH BRERETON, JR. STEPHANIE J BRERETON | **CHAPTER 13** |
| **Debtors** | **Hon. R. KIMBALL MOSIER** |

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. As of June 7, 2018 the Debtors are now $500.00 delinquent for payments owing through May 2018.

**Restatement of Issues from Prior Objection(s):**

1. The Debtors failed to produce at the 341 Meeting statements from financial account(s) for the period that covers the petition date for Cyprus Credit Union (savings) (see Fed. R. Bankr. P. 4002(b)(2)(B)).

2. The following creditor objection(s) remain unresolved: HLS  of Nevada, LLC.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: June 7, 2018						LAJ /S/
								LON A. JENKINS
								CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on June 07, 2018:

JUSTIN M. MYERS, ECF Notification

/s/ Shaylyn Lins