JUSTIN M. MYERS (10043)
Justin M, Myers, Attorney-at-Law, LLC
1122 W. South Jordan Pkwy, Ste A
South Jordan, UT 84095
Telephone: (801) 572-0504
Facsimile: (801) 326-4706

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re:<br><br>Thane Joseph Brereton, Jr.<br>Stephanie J Brereton<br><br>Debtor(s). | Case No.: 17-30714<br>Chapter:   13<br><br><br>Filed Electronically |
|---|---|

### DEBTOR'S MOTION TO CONTINUE CONFIRMATION HEARING

Debtor(s) hereby file a motion to continue the confirmation hearing in this matter. The confirmation hearing is currently scheduled for June 19, 2018. The basis for this motion is as follows:

1. Debtor(s) need additional time to resolve the valuation of the crammed down vehicle in the plan in order to resolve the creditor's objection filed in this case. Debtors feel like an evidenciary hearing may be necessary in order to establish value on this vehicle. Debtors have unsuccessfully attempted to negotiate the value with creditor and need to continue this confirmation hearing out one additional time in order to establish value for the vehicle.

THEREFORE, Debtor(s) request that the Court continue the confirmation hearing in this matter approximately 60 days for reasons stated above.

DATED: June 13, 2018

/s/ Justin Myers

Attorney for Debtor(s)

## **MAILING CERTIFICATE**

      Under penalty of perjury, I hereby certify that on June 13, 2018, I caused to be delivered electronically via ECF and/or mailed, postage prepaid, a true and correct copy of the Motion to Continue Confirmation Hearing to the following: Lon Jenkins, Trustee, via ECF.

                                                      /s/ Justin Myers
                                                _____
                                                Justin M. Myers
                                                Attorney for Debtor(s)