JUSTIN M. MYERS (10043)
Justin M, Myers, Attorney-at-Law, LLC
1122 W. South Jordan Pkwy, Ste. A
South Jordan, UT 84095
Telephone: (801) 572-0504
Facsimile: (801) 326-4706

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In Re:<br>THANE JOSEPH BRERETON JR.<br>STEPHANIE J. BRERETON<br><br>Debtor(s). | Case No.: 17-30714<br>Chapter:   13 |
|---|---|

## MOTION TO INCUR DEBT TO PURCHASE A VEHICLE AND MOTION TO MODIFY CHAPTER 13 PLAN

Debtor(s), by and through their counsel of record and pursuant to 11 U.S.C. § 1329, hereby respectfully move this Court for an order modifying their Chapter 13 Plan and authorizing Debtor(s) to obtain post-petition financing to purchase a vehicle. In support of the Motion, Debtor(s) assert the following:

1. Debtors filed a chapter 13 bankruptcy with this Court on December 14, 2017.

2. When Debtors filed the case Debtors had one vehicle which they are paying through the bankruptcy plan. The Debtors have attempted to maintain their household with just one vehicle. Both Debtors work and one car is no longer working for them. Debtors need a second vehicle in order to maintain their household.

3. The Debtors petition the Court to allow them to incur new debt to purchase another vehicle.

4. If approved by the Court, the principal amount of the auto loan will be no more than $15,581.48 with a down payment of $500 that Debtors will pay from money they have saved; the new monthly auto payment will be no more than $450.00; the annual interest rate will be no more than 29.99%; and the term will be no more than 60 months. A copy of a proposed contract is

attached hereto as Exhibit "A."

     5.    Debtor seeks an Authorization Order from the Court permitting them to obtain post-petition financing to purchase a vehicle.

     6.    Debtor contemplated purchase will take place in an arms-length transaction with a third-party dealer, the purchase price of which will be at fair market value and will accrue interest at a competitive rate given the Debtors' current standing as a Chapter 13 Petitioner.

WHEREFORE, Debtor respectfully moves this Court to enter an order to authorize Debtors to obtain post-petition financing to purchase a vehicle as set forth above and for other relief this Court finds just and proper.

DATED: July 18, 2018

/s/ Justin M. Myers
_____
Attorney for Debtor(s)

# EXHIBIT A

138412

# MOTOR VEHICLE CONTRACT OF SALE

**SELLER/DEALER:**
JERRY SEINER KIA, SLC
730 WEST 2100 SOUTH
SALT LAKE CITY, UT 84119
8019728411

334603 224612

**PURCHASER'S NAME:** STEPHANIE J BRERETON
**STREET ADDRESS:** 4958 PINEY PARK CIR
**CITY:** WEST VALLEY **STATE:** UT **ZIP CODE:** 84118
**COUNTY:** N/A
**RES. PHONE:** (blacked out) **BUS. PHONE:** N/A

**DATE OF SALE:** _____

Purchaser and Co-Purchaser(s), if any, (hereafter referred to as "Purchaser") hereby agree to purchase the following vehicle from Seller/Dealer (hereafter referred to as "Seller"), subject to all terms, conditions, warranties and agreements contained herein, including those printed on the reverse side hereof.

| NEW | USED | DEMO | YEAR | MAKE | SERIES | BODY TYPE | CYL | COLOR |
|---|---|---|---|---|---|---|---|---|
| | X | | 2013 | KIA | OPTI | N/A | 4 | BLACK |

| V.I.N. | ODOMETER | STOCK NO. | DEL. DATE | SALESPERSON |
|---|---|---|---|---|
| 5XXGR4A6XDG112551 | 100076 | UC583 | 07/14/2018 | |

## PURCHASE PRICE AND OTHER SUMS DUE

| | |
|---|---|
| 1. CASH PRICE OF VEHICLE | 14200.00 |
| 2. ACCESSORIES/OPTIONS | N/A |
| 3. ENVIRONMENT PROTECTION PACKAG | N/A |
| 4. | |
| 5. | N/A |
| 6. TOTAL CASH PRICE (add lines 1-5) | 14200.00 |
| 7. MFR. REBATE $ | N/A |
| 8. PORTION/REBATE APPLIED TO PURCHASE | ( N/A ) |
| 9. SUBTOTAL (lines 6 minus 8) | 14200.00 |

### TRADE-IN AND/OR OTHER CREDITS

| YEAR/MAKE | ODOMETER |
|---|---|
| N/A  N/A | N/A |
| SERIES | BODY TYPE |
| N/A | N/A |
| V.I.N. | |
| N/A | |
| *BALANCE OWED ON TRADE-IN: | N/A |
| BALANCE OWED TO: N/A | |
| ADDRESS: N/A | |
| PAYOFF VERIFIED BY: | GOOD UNTIL: |
| DATE OF VERIFICATION: | ACC.#: |

*WARRANTY AS TO BALANCE OWED ON TRADED-IN VEHICLE: Purchaser warrants that he/she has given Seller a true pay-off amount on any vehicle traded in, and that if it is not correct and is greater than the amount shown above, Purchaser will pay the excess to Seller on demand.

| | | |
|---|---|---|
| 10. TRADE-IN ALLOWANCE | | N/A |
| 11. BALANCE OWED ON TRADE-IN* | | N/A |
| 12. NET ALLOWANCE ON TRADE-IN | (line 10 minus line 11) | N/A |
| 13. DEPOSIT/CASH DOWN PAYMENT | (omit amt. line 8) | 500.00 |
| 14. TOTAL CREDITS | (total lines 12 & 13) | 500.00 |
| 15. SUBTOTAL FROM LINE 9 | | 14200.00 |
| 16. SERVICE CONTRACT | | N/A |
| 17. DEALER DOCUMENTARY SERVICE FEE | | 319.00 |
| 18. DR | | 299.50 |
| 19. SUBTOTAL-TAXABLE ITEMS | (total lines 15-18) | 14818.50 |
| 20. TRADE ALLOWANCE ** | (line 10) | N/A |
| 21. NET TAXABLE AMOUNT (line 19 minus line 20) | $ | 14818.50 |
| 22. UTAH SALES/USE TAX ON "TAXABLE AMOUNT" | | 1015.07 |
| 23. LICENSE AND REGISTRATION FEES | | 67.25 |
| 24. FEES: AGE BASED/PROPERTY ASSESSMENT | | 120.00 |
| 25. STATE INSPECTION/EMISSIONS TEST | | 50.00 |
| 26. STATE WASTE TIRE RECYCLING FEE | | N/A |
| 27. | | N/A |
| 28. TEMP PERMIT | | 10.66 |
| 29. TOTAL OF ALL ITEMS ABOVE | (lines 19, 22-28) | 16081.48 |
| 30. TOTAL CREDITS | (line 14) | 500.00 |
| 31. BALANCE DUE (total line 29 minus 30) DAY 28 MONTH AUG YEAR 2018 | | 15581.48 |

** If lease, no tax credit

### THIS SECTION FOR SELLER'S USE ONLY PERTAINING TO TRADE-IN

☐ Title (if not, explain): _____

☐ REGISTRATION ☐ POWER OF ATTORNEY ☐ ODOMETER STATEMENT ☐ TRADE-IN APPRAISAL ☐ AUTHORIZATION FOR PAYOFF ☐ MANUFACTURED OUT OF COUNTRY

### NOTICE ONLY TO BUYERS OF USED VEHICLES

The information you see on the window form (Buyer's Guide) for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

I HAVE RECEIVED A COPY OF THE FTC BUYERS GUIDE.

X _____

### FINANCING DISCLOSURE

INSTRUCTION: One of the two following disclosures, either "A" or "B", must be acknowledged. If Purchaser agrees to be responsible for financing, or if this is a cash-only or cash-plus-trade-in only transaction, the Purchaser must sign disclosure "A". If Seller agrees to arrange for financing, then both Seller and Purchaser must sign disclosure "B". BY SIGNING, PURCHASER AFFIRMS THAT HE/SHE HAS READ THE DISCLOSURE AND AGREES THERETO. IF SIGNING DISCLOSURE "B", DO NOT SIGN UNTIL ALL BLANKS HAVE BEEN FILLED IN. PURCHASER ACKNOWLEDGES THAT THE TERMS SET FORTH BELOW ("A") AND ("B") ARE STATE CODE MANDATED AND ARE NOT TO BE CONSTRUED AS CONTRACTUAL TERMS BETWEEN THE SELLER AND PURCHASER.

### PURCHASER AGREES TO ARRANGE FINANCING

"(A)" THE PURCHASER OF THE MOTOR VEHICLE DESCRIBED IN THIS CONTRACT ACKNOWLEDGES THAT THE SELLER OF THE MOTOR VEHICLE HAS MADE NO PROMISES, WARRANTIES OR REPRESENTATIONS REGARDING SELLER'S ABILITY TO OBTAIN FINANCING FOR THE PURCHASE OF THE MOTOR VEHICLE. FURTHERMORE, PURCHASER UNDERSTANDS THAT IF FINANCING IS NECESSARY IN ORDER FOR THE PURCHASER TO COMPLETE THE PAYMENT TERMS OF THIS CONTRACT ALL THE FINANCING ARRANGEMENTS ARE THE SOLE RESPONSIBILITY OF THE PURCHASER.

SIGNATURE OF PURCHASER _____

### SELLER AGREES TO SEEK ARRANGEMENTS FOR FINANCING

"(B)" THE PURCHASER OF THE MOTOR VEHICLE DESCRIBED IN THIS CONTRACT HAS EXECUTED THE CONTRACT IN RELIANCE UPON THE SELLER'S REPRESENTATION THAT SELLER CAN PROVIDE FINANCING ARRANGEMENTS FOR THE PURCHASE OF THE MOTOR VEHICLE. THE PRIMARY TERMS OF THE FINANCING ARE AS FOLLOWS:
INTEREST RATE BETWEEN 10.99 % AND 29.99 % PER ANNUM, TERM BETWEEN 48 MONTHS AND 60 MONTHS. MONTHLY PAYMENTS BETWEEN $ 350 PER MONTH AND $ 450 PER MONTH BASED ON A DOWN PAYMENT OF $ 500.00

IF SELLER IS NOT ABLE TO ARRANGE FINANCING WITHIN THE TERMS DISCLOSED, THEN SELLER MUST, WITHIN SEVEN CALENDAR DAYS OF THE DATE OF SALE, MAIL NOTICE TO THE PURCHASER THAT HE/SHE HAS NOT BEEN ABLE TO ARRANGE FINANCING. PURCHASER THEN HAS 14 DAYS FROM THE DATE OF SALE TO ELECT, IF PURCHASER CHOOSES, TO RESCIND THE CONTRACT OF SALE, PURSUANT TO SECTION 41-3-401.
IN ORDER TO RESCIND THE CONTRACT OF SALE, THE PURCHASER SHALL:
(1) RETURN TO SELLER THE MOTOR VEHICLE PURCHASED;
(2) PAY THE SELLER AN AMOUNT EQUAL TO THE CURRENT STANDARD MILEAGE RATE FOR THE COST OF OPERATING A MOTOR VEHICLE ESTABLISHED BY THE FEDERAL INTERNAL REVENUE SERVICE FOR EACH MILE THE MOTOR VEHICLE HAS BEEN DRIVEN; AND
(3) COMPENSATE SELLER FOR ANY PHYSICAL DAMAGE TO THE MOTOR VEHICLE.

IN RETURN, SELLER SHALL GIVE BACK TO THE PURCHASER ALL PAYMENTS OR OTHER CONSIDERATION PAID BY THE PURCHASER, INCLUDING ANY DOWN PAYMENT AND ANY MOTOR VEHICLE TRADED IN. IF THE TRADE-IN HAS BEEN SOLD OR OTHERWISE DISPOSED OF BEFORE THE PURCHASER RESCINDS THE TRANSACTION, THEN THE SELLER SHALL RETURN TO THE PURCHASER A SUM EQUIVALENT TO THE ALLOWANCE TOWARD THE PURCHASE PRICE GIVEN BY THE SELLER FOR THE TRADE-IN, AS NOTED IN THE DOCUMENT OF SALE.

IF PURCHASER DOES NOT ELECT TO RESCIND THE CONTRACT OF SALE AS PROVIDED IN SUBSECTION (2)(b) OF THIS FORM:(a) THE PURCHASER IS RESPONSIBLE FOR ADHERENCE TO THE TERMS AND CONDITIONS OF THE CONTRACT OR RISKS BEING FOUND IN DEFAULT OF THE TERMS AND CONDITIONS; (b) THE TERMS AND CONDITIONS OF THE DISCLOSURES SET FORTH IN SECTION (1) OF THIS FORM ARE NOT BINDING ON THE SELLER; AND (c) IF FINANCING IS NECESSARY FOR THE PURCHASER TO COMPLETE THE PAYMENT TERMS OF THE CONTRACT OF SALE, THE PURCHASER IS SOLELY RESPONSIBLE FOR MAKING ALL THE FINANCING ARRANGEMENTS.

SIGNING THIS DISCLOSURE DOES NOT PROHIBIT THE PURCHASER FROM SEEKING HIS/HER OWN FINANCING. THE DEALERSHIP MAY OR MAY NOT RECEIVE INCOME FOR ARRANGING FINANCING.

SIGNATURE OF PURCHASER _____
SIGNATURE OF SELLER _____

**OTHER TERMS AGREED TO:** NONE ☐  AS FOLLOWS ☐

VEHICLE IS NOT BEING PURCHASED FOR EXPORTATION
CONTRACT MADE IN UTAH, GOVERNED BY UTAH LAW, AND
SUBJECT TO JURISDICTION IN UTAH COURTS

Purchaser has arranged insurance on vehicle through _____ Insurance company. Policy # _____

As is stated on the reversed side of this document, unless Seller has given to Purchaser an Express Warranty in writing, Seller makes no Warranty, express or implied, with respect to the merchantability, fitness for particular purpose, or otherwise concerning the vehicle, parts or accessories described herein. Unless otherwise indicated in writing, any warranty is limited to that provided by the manufacturer, if any, as explained and conditioned by Paragraph 4 on the reverse side hereof. 07/14/2018  STEPHANIE J BRERETON
07/14/2018

Purchaser agrees that this contract includes all of the terms, conditions and warranties on both the face and reverse side hereof. This agreement cancelled and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby. PURCHASER BY HIS/HER EXECUTION OF THIS AGREEMENT ACKNOWLEDGES THAT HE/SHE HAS READ ITS TERMS, CONDITIONS AND WARRANTIES BOTH ON THE FACE AND THE REVERSE SIDE HEREOF AND HAS RECEIVED A TRUE COPY OF THIS AGREEMENT, AND FURTHER AGREES TO PAY THE "BALANCE DUE" AS SET FORTH ABOVE ON OR BEFORE THE DATE SPECIFIED. IF NO DATE SPECIFIED, THEN BALANCE IS DUE AS OF THE DATE OF THIS CONTRACT. THIS CONTRACT IS NOT A RECEIPT OF PAYMENT. NO RETURNS, REFUNDS, OR EXCHANGES ARE PERMISSIBLE EXCEPT AS NOTED ABOVE.

SIGNATURE OF PURCHASER _____ DATE _____
SIGNATURE OF CO-PURCHASER _____ DATE _____
VEHICLE TO BE TITLED IN NAME OF _____
SIGNATURE OF SELLER _____ DATE _____

APPROVED UADA FORM 1088 REV. 7-2005